IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 03-01248-1-PCT-SRB |
| Plaintiff, | |
| vs. | |
| Michael Neil James, | **ORDER** |
| Defendant. | |

On June 3, 2019, Magistrate Judge Burns issued "Report and Recommendation of the Magistrate Judge (Competency and Admission)." Magistrate Judge Burns recommended that the District Court Judge accept the finding of Defendant's competency and accept Defendant's admission. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED adopting the Magistrate Judge's Report and Recommendation (Doc. 138).

DATED this 16th day of July, 2019.

_____
Susan R. Bolton
United States District Judge